AVONDALE SPRINGS AT WALLING-
FORD CONDOMINIUM ASSOCIA-
TION, Appellant,

v.

COMMONWEALTH of Pennsylvania, DE-
PARTMENT OF TRANSPORTATION &
Howard Yerusalim, Secretary of Trans-
portation, Appellees.

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

David T. Bolger, Paul A. Logan, King of
Prusia, for A.S. at W.C.A.

Robert J. Shea, John L. Heaton, Steven
Roth, John M. Hrubovcak, Harrisburg, for
PENNDOT.

Before NIX, C.J., and FLAHERTY,
ZAPPALA, PAPADAKOS, CAPPY,
CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by
designation as Senior Justice pursuant to
Judicial Assignment Docket No. 94 R1800,
due to the unavailability of Mr. Justice
LARSEN, see No. 127 Judicial
Administration Docket No. 1, filed October
28, 1993.

Frederick C. BROWN, individually and t/a
F.C. Brown Associates; Pennsylvania
Independent Petroleum Producers;
Pennsylvania Vocational Agriculture
Teachers Association; and Planned Par-
enthood Pennsylvania Advocates, Appel-
lants,

v.

COMMONWEALTH of Pennsylvania, De-
partment of Revenue of the Common-
wealth of Pennsylvania; Department of
Justice, Office of Attorney General of
the Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued April 6, 1994.
Decided April 22, 1994.

James G. Nealon, III, Harrisburg, for F.C.
Brown, et al.

R. Douglas Sherman, John G. Knorr, III,
Harrisburg, for Com.

Before NIX, C.J., and FLAHERTY,
ZAPPALA, PAPADAKOS, CAPPY,
CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by
designation as Senior Justice pursuant to
Judicial Assignment Docket No. 94 R1800,
due to the unavailability of Mr. Justice
LARSEN, see No. 127 Judicial
Administration Docket No. 1, filed October
28, 1993.